## WHITEFORD, TAYLOR & PRESTON L.L.C.

1220 N. MARKET STREET, SUITE 608
WILMINGTON, DE 19801

MAIN TELEPHONE (302) 353-4144
FACSIMILE (302)-661-7950

DANIEL A. GRIFFITH
PARTNER
DIRECT LINE (302) 482-8754
DIRECT FAX (302) 258-0783
DGriffith@wtplaw.com

BALTIMORE, MD*
COLUMBIA, MD*
FALLS CHURCH, VA*
TOWSON, MD*
WASHINGTON, DC*
WILMINGTON, DE

WWW.WTPLAW.COM
(800) 987-8705

July 25, 2008

The Honorable Gregory M. Sleet, U.S.D.J.
The United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Room 4324
Lockbox 19
Wilmington, DE  19801

       Re:    Marjorie Lamb, et al v. Correctional Medical Services, Inc.
                C. A. No.: 08-CV-00324-GMS

Dear Judge Sleet:

      I represent defendant, Correctional Medical Services, Inc. (CMS) in the above-referenced matter.  Our Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed.R.Civ.P. 12(b)(6) has been filed essentially contemporaneously with this letter.  The Motion is predicated upon the application of Eleventh Amendment immunity to CMS.

      I write simply to advise the court that this identical issue is presently pending in identical form (i.e., Motion to Dismiss Complaint) before Your Honor in the matter of *J. Anthony Hutt, et al v. Correctional Medical Services, Inc.*, Civil Action No.: 1:08-cv-00184 GMS and before the Honorable Sue L. Robinson, U.S.D.J. in the matter of *Charles Austin v. Correctional Medical Services, Inc., et al*, Civil Action No.: 08-CV-00204 SLR.

*Whiteford, Taylor and Preston L.L.C. is a limited liability company.  Our offices outside of Delaware operate under a separate Maryland limited liability partnership, Whiteford, Taylor & Preston L.L.P.

The Honorable Gregory M. Sleet, U.S.D.J.
July 25, 2008
Page 2

      Wile it is anticipated that the *Hutt* and *Austin* matters will be consolidated at some point in the future, they have not yet been consolidated and, consequently, the same (dispositive) issue is pending resolution independently in these three separate actions.

                                        Respectfully submitted,

                                        Daniel A. Griffith
                                        Partner

DG:rc

Enclosures